IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID H., Plaintiff, | § | |
| v. | § | No. 3:23-cv-00095-N-BT |
| COMMISSIONER, SOCIAL SECURITY ADMINSITRATION , Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's Motion for and Memorandum In Support of Award of Attorney Fees Under 406(b) of the Social Security Act [ECF No. 18] is **GRANTED**, and counsel should be awarded attorney's fees in the amount of $18,518.75.

**SO ORDERED** this 19th day of October, 2026.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE